UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AL VAZQUEZ

PLAINTIFF(S)

v.

ZIONS DEBT HOLDINGS, LLC, et al.,

DEFENDANT(S).

CASE NUMBER
1:23−cv−22689−KMM

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**ZIONS DEBT HOLDINGS, LLC**

as of course, on the date September 1, 2023.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Collette Quinones*
Deputy Clerk

cc:  Judge K. Michael Moore
ZIONS DEBT HOLDINGS, LLC
299 E950 S

Orem, UT 84059

CV–37 (10/01)