UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:23cv22689

AL VAZQUEZ,

    Plaintiff,

v.

ZIONS DEBT HOLDINGS, LLC. and
MONITRONICS INTERNATIONAL, INC.
d/b/a BRINKS HOME SECURITY.,

    Defendant(s).
_____/

**PLAINTIFF'S MOTION FOR ENTRY OF PARTIAL FINAL JUDGMENT
ON LIABILITY AS TO ZIONS DEBT HOLDINGS, LLC**

Plaintiff, AL VAZQUEZ, pursuant to Fed. R. Civ. P. 55(b)(2), hereby moves this Court for the entry of partial final judgment as to liability only against Defendant, ZIONS DEBT HOLDINGS, LLC ("Zions"). In support hereof, Plaintiff shows:

1. A default was entered against Zions Debt Holdings by the Clerk of Court on September 1, 2023, for failure to serve a response to Plaintiff's Complaint.

2. Zions Debt Holdings has admitted liability as to all well-pled allegations.

3. Specifically, Plaintiff has alleged that Zions communicated directly with Plaintiff after Zions had been notified that Plaintiff was represented by an attorney and that Zions does not have a license in Florida to collect consumer debts.

4. Plaintiff's attorney sent a letter of representation to Zions notifying Zions of the undersigned's representation.

5. Zions continued to send correspondence directly to Plaintiff after it had been notified of the undersigned's representation of Plaintiff.

6. Zions does not hold a license in the State of Florida to collect consumer debts.

7. Zions violated 15 U.S.C. §1692c(a)(2) when it sent Plaintiff a communication that was an attempt to collect a debt after it was notified of the undersigned's representation.

8. Zions violated 15 U.S.C. §1692e(5) when it attempted to collect a debt without being licensed in the State of Florida as a consumer collection agency.

9. Zions violated Fla. Stat. §559.72(18) when it sent Plaintiff a communication that was an attempt to collect a debt after it was notified of the undersigned's representation.

10. Zions violated Fla. Stat. §559.72(9) when it attempted to collect a debt without being licensed in the State of Florida as a consumer collection agency.

11. For the foregoing reasons, Plaintiff is entitled to a final judgment as to liability with a jury to determine damages.

WHEREFORE, Plaintiff respectfully requests that this Court enter a final judgment as to liability against Zions Debt Holdings.

> Debt Shield Law
> Attorney for Plaintiff
> 3440 Hollywood Blvd., Suite 415
> Hollywood, FL 33021
> Tel:    754-800-5299
> Fax:    305-503-9457
> service@debtshieldlaw.com
> joel@debtshieldlaw.com
> dayami@debtshieldlaw.com
>
>  */s/ Joel D. Lucoff*
> Joel D. Lucoff
> Fla. Bar No. 192163

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:23cv22689

AL VAZQUEZ,

    Plaintiff,

v.

ZIONS DEBT HOLDINGS, LLC. and
MONITRONICS INTERNATIONAL, INC.
d/b/a BRINKS HOME SECURITY.,

    Defendant.
_____/

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 13, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                  */s/ Joel D. Lucoff*
                                                  Joel D. Lucoff


ZIONS DEBT HOLDINGS, LLC
By serving SETH YOUNG as registered agent
299 E 950 S
OREM, UT 84059


Via Notices of Electronic Filing generated by CM/ECF and U.S. Mail

3